

**ORDERED in the Southern District of Florida on February 13, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

GUSTAVO ANDRES URRUTI BOUISSA,

        Debtor.
_____/

CASE NO. 19-12459-BKC-RAM
In proceedings under Chapter 13
MIAMI-DADE DIVISION

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 5-1 OF 437 ATLANTIC PLAZA LLLP, N.A

THIS CAUSE came before the Court on the consent portion of the Chapter 13 calendar on this 11th day of February, 2020 on the Debtor's Objection to Claim No. 5-1 of 437 Atlantic Plaza LLLP, N.A. (D.E. 73) and the Debtor agreeing to the relief and no one appearing to oppose, it is

ORDERED AND ADJUDGED that the Debtor's Objection to Claim No. 5-1 of 437 Atlantic Plaza LLLP, N.A. is SUSTAINED; and it is

ORDERED AND ADJUDGED that Claim 5-1 of 437 Atlantic Plaza LLLP, N.A. will be allowed as contingent, unliquidated and disputed general unsecured claim.

###

Submitted by:
Raysa I. Rodriguez
Florida Bar No. 109381
Bigge & Rodriguez, P.A.
915 Middle River Dr #401
Ft Lauderdale, FL 33304
(954)400-7322

Attorney Raysa I. Rodriguez is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

**Service List:**

Gustavo Urruti Bouissa
(via email)

Nancy Neidich, Trustee
(electronically)

Office of the US Trustee
(electronically)

437 Atlantic Plaza LLLP
c/o Marc Brown, Esq.
1995 E. Oakland Park Blvd.
Ste. 310
Ft. Lauderdale, FL 33306
(electronically)